**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Hector MENDEZ–NAVARRO,**
**Defendant–Appellant.**

No. 06–50651.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 24, 2008.

Roger W. Haines, Jr., Esq., USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff—Appellee.

Vincent J. Brunkow, Esq., FDSD–Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Hector Mendez–Navarro appeals from the 120–month sentence imposed following his guilty-plea conviction for importation of marijuana, in violation of 21 U.S.C. §§ 952, 960. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we vacate the sentence and remand.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Mendez–Navarro contends that the district court erred when it determined that the application of the safety valve provision, pursuant to 18 U.S.C. § 3553(f), was discretionary, and by failing to articulate sufficient reasons for denying safety valve relief. Because the district court's safety valve determination was based, at least in part, on a misapprehension of the continuing mandatory nature of 18 U.S.C. § 3553(f) following the Supreme Court's decision in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), we remand for resentencing. *See United States v. Mejia–Pimental*, 477 F.3d 1100, 1109 (9th Cir.2007). Because we remand, we need not reach the parties' additional contentions regarding whether Mendez–Navarro was eligible for safety valve relief.

**VACATED and REMANDED for RESENTENCING.**